

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-16-00283-CV

Lee Nick **MCFADIN** III,
Appellant

v.

**BROADWAY COFFEEHOUSE, LLC** and Marcus Rogers, as Trustee for the Saks Children
Trusts a/k/a ATFL&L, A Texas Trust,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:  Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice

On July 6, 2016, we dismissed this appeal for want of jurisdiction. Thereafter, we denied appellant's motion for en banc reconsideration. Appellant filed a petition for review with the Texas Supreme Court. After review, the supreme court reversed our judgment of dismissal and remanded the matter back to this court for further proceedings. The supreme court's mandate issued March 15, 2018.

Based on the supreme court's judgment and mandate, we **ORDER** this appeal reinstated. At the time we dismissed the appeal for want of jurisdiction, both the clerk's and reporter's records had been filed. Accordingly, we **ORDER** appellant to file his appellant's brief in this court on or before **April 18, 2018**. Appellee's brief will be due thirty days after appellant's brief is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel.

It is so ORDERED on March 19, 2018.

PER CURIAM



ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court